GARY M. RESTAINO
United States Attorney
District of Arizona
ASHLEY CULVER
DAVID PETERMANN
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ashley.culver@usdoj.gov
david.petermann@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Sean Lee Arnold, <br><br> Defendant. | CR 21-02521-TUC-JAS (AMM) <br><br> **GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |

The United States of America, through its attorneys, respectfully submits its supplemental sentencing memorandum in the above-captioned matter. The change of plea and sentencing hearings are currently scheduled for September 5, 2023, before District Court Judge James A. Soto.

On August 8, 2023, an amended plea agreement was filed with the Court wherein the defendant agrees to plead guilty to Counts Two and Three of the Indictment - Possession with Intent to Distribute Methamphetamine and Possession of a Firearm by a Convicted Felon, respectively. The amended plea agreement provides for a sentencing range between 120 and 168 months. (*See* Doc. 101.)

The presentence investigation report (PSR), filed August 28, 2023, accurately calculates the defendant's offense level at 35, accounting for a base offense level of 34, a two-level enhancement for possession of a firearm, a two-level enhancement for importation of methamphetamine, and a three-level reduction for acceptance of responsibility. (PSR, ¶¶ 41-53.) The defendant falls into criminal history category III, and his applicable guideline range is therefore 210 to 262 months. (PSR, p. 27.)

Per the amended plea agreement, the government moves for a four-level downward variance in accordance with 18 U.S.C. § 3553 to account for government savings and unanticipated evidentiary issues. (Doc. 101.) The government asks that the Court grant the variance due to the nature and circumstances of the offense, which the government will expound upon at the sentencing hearing. If the Court grants the variance, the resulting offense level is 31 with a corresponding guideline range of 135 to 168 months. The plea allows for the defendant to argue for an additional downward variance to 120 months. (PSR, ¶ 5; Doc. 101.)

As fully explained in the government's sentencing memorandum, filed April 12, 2023, the defendant's actions and extensive criminal history warrant a sentence of no less than 144 months of imprisonment followed by 60 months of supervised release. (*See* Doc. 83.)

Respectfully submitted this 30th day of August, 2023.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/Ashley Culver and David Petermann*
>
>ASHLEY CULVER
>DAVID PETERMANN
>Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 30th day of August, 2023, to:

All ECF Participants